**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GREGORY RUSS,

      Plaintiff,

vs.

JIM THRELKEL FLORIST &
FOLIAGE, INC.,

      Defendant.
_____/

Case No.: 13-62647-CIV-ZLOCH

## STATEMENT OF CLAIM

    Plaintiff GREGORY RUSS, hereby sets forth a concise statement of his claim as follows:

1. Based upon the information preliminarily available, and subject to discovery in this cause, Plaintiff GREGORY RUSS, commenced working for Defendant JIM THRELKEL FLORIST & FOLIAGE, INC., [hereinafter Defendant], in approximately February 2013, and worked for the Defendant through approximately October 21, 2013.  Plaintiff's typical weekly work schedule on average included 50 and 55 hours per week.. Plaintiff was paid at a salaried rate of $550.00 per week for all hours worked while in Defendants employ. Plaintiff was never paid at the overtime rate of time and a half for hours worked past forty (40) hours per work week. Plaintiff therefore claims damages as follows:

**Total Amount of Unpaid Overtime Hours Worked: 10** hours (at minimum)

**Unpaid Hourly Rate for Overtime Hours Worked:  $5.50**  per hour (Plaintiff's half time rate)

**Total Amount of Unpaid Wages for Overtime Hours Worked: $2,145.00** (at minimum)

2. Plaintiff further seeks an award of liquidated damages in the amount of **$2,145.00.**

3. Plaintiff seeks continuing damages in the amount of $550.00 per week from Plaintiff's termination date in derogation of Fl. Stat. Ann. 440.205 and continuing until Plaintiff returns to work.

4. Plaintiff reserves the right to seek compensatory and punitive damages in an amount to be determined by a jury.

5. Further, Plaintiff specifically reserves the right to supplement and/or amend his responses upon further factual and legal investigation and/or discovery or as otherwise required or deemed necessary.

6. Plaintiff seeks an award of attorney fees and costs.

7. In the event that liquidated damages are not awarded, Plaintiff seeks an award of prejudgment interest.

Dated:  January 9, 2014                    Respectfully submitted,

                                          s/ J. Dennis Card, Jr.
                                          J. Dennis Card, Jr., Esq.
                                          E-mail: Dcard@Consumerlaworg.com
                                          Florida Bar No.  0487473
                                          Consumer Law Organization P.A.
                                          2501 Hollywood Boulevard, Suite 100
                                          Hollywood, Florida 33020
                                          Telephone: (954) 921-9994
                                          Facsimile: (305) 574-0132
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/ J. Dennis Card, Jr.
J. Dennis Card, Jr., Esq.

## SERVICE LIST

Angelo M. Filippi, Esq.
Florida Bar No.: 0880851
Email: afilippi@kelleykronenberg.com
Kelley, Kronenberg, P.A.
8201 Peters Road, Suite 4000
Fort Lauderdale, FL 33324
(954) 370-9970 - Telephone
(954) 370-9191 - Facsimile
Attorneys for Defendants
Service via CM/ECF